UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

Aaron Hyche

    Plaintiff            )

vs.                                )

Chris Barnhart, grievance officer; Willard O. Elyea M.S.; )
Dr. Lawrence Ngu; Karolyn Sheridan; Nedra Chandler warden, )
Melody J. Ford, A.R.B.; Arthur Funk, regional medical dir. )
Wexford; Joe Ibitts risk managment manager( Wexford); )
Wexford Health Sources, Inc. )
All in their official and individual capacities )

    Defendants          )

FILED

AUG 0 6 2009

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

No. 09C50077

Judge Philip G. Reinhard

## MOTION FOR ENTRY OF JUDGMENT

Pursuant to Rule 58 Entry of Judgment of R.U.C.P. and Rule 3 and 4 Appeal as of Right plaintiffplaintiff ask this court to enter judgment of NOTICE OF APPEAL TO THE DISTRICT. Plaintiff filed " motion for relief from judgment and or notice of appeal to district court on 7-21-2009 and the motion was givin to the prison authorities on 7-22-2009. This court addressed the motion for" relief from judgment but totally ignored the " motion for notice of Appeal which was on the same sheet of paper.

Respectfully submitted,
Aaron Hyche

## CERTIFICATE OF SERVICE

I, Aaron Hyche, plaintiff certifiles that he sereved" motion for entry of judgment" on:

    Judge Philip G. Reinhard
    United States Courthouse
    Rockford, Illinois 61101

Respectfully submitted,
Aaron Hyche

SUBSCRIBED and SWORN to before this __3rd__ day of __Aug__ 2009.

__Carole S. O'Neal__
NOTARY PUBLIC

"OFFICIAL SEAL"
Carole S. O'Neal
Notary Public, State of Illinois
My Commission Exp. 07/31/2010

Aaron Hyche   #C-68880
2600 N. Brinton Ave.
Dixon, Illinois 61021



This Correspondence Is From
An Inmate Of The Illinois
Dept Of Corrections

ROCKFORD IL 611
05 AUG 2009 PM 2 T



USA 42

Judge Philip G. Reinhard
United States Courthouse
211 S. Court St.
Rockford, Illinois 61101